CYNTHIA G. GROSCH *v.* DOUGLAS R. GROSCH
(12496)

LAVERY, SCHALLER and HENNESSY, Js.

Argued January 3—decision released January 24, 1995

*Joseph A. Hourihan,* with whom, on the brief, were *Joan Keating-McKeon* and *Robert J. Sickinger,* law student intern, for the appellant (plaintiff).

*Paul Litman,* with whom, on the brief, was *Kent Mawhinney,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed.